IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT

2010 JUL 26 PM 3: 13

NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE:                                              )     CASE NO.  01-41728
                                                    )
OTTER COMMUNICATIONS, LTD.                          )
                                                    )     JUDGE   KAY WOODS
                                                    )
              Debtor(s)                             )     DIVIDENDS LESS THAN $5.00
                                                    )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

      Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend

distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court,

in the amount of $4.24.

      The dividend relates to the following claimants:

              Ohio Edison
              76 S. Main St.
              Akron, OH 44308

                                  $3.32

              Ohio Edison
              76 S. Main St.
              Akron, OH 44308        $0.92

**TOTAL:**                        $4.24

      2. My Trustee's check for $4.24 payable to the Clerk of the United States Bankruptcy
Court is attached to this report and list.

DATE: July 14, 2010

              /s/ Michael D. Buzulencia
              MICHAEL D. BUZULENCIA
              Chapter 7 Trustee
              150 E. Market St.
              Suite 300
              Warren, OH 44481
              (330) 392-8551
              Fax no. : (330) 392-7030
              buzulenciatrustee@mahoningvalleylaw.com
              OHIO BAR REG. NO.  0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE