IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 01-41728 |
| | ) | |
| OTTER COMMUNICATIONS, LTD. | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | |
| Debtor(s) | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since a Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

Joseph F. Rafidi
219 W Boardman St.
Youngstown, OH 44503

$10.35

Sky Bank
Thomas Gacse
23 Federal Plaza
Youngstown, OH 44501-0479

$19.45

Zions National Bank
c/o Luper Sheriff Neidenthal
1200 Leveque Tower
50 West Broad St.
Columbus, OH 43215-3374

$304.48

**Total**          **$334.28**

2. My Trustee's check payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 10/18/10                                /s/ Michael D. Buzulencia
                                              MICHAEL D. BUZULENCIA
                                              Chapter 7 Trustee
                                              150 E. Market St.
                                              Suite 300
                                              Warren, OH 44481
                                              (330) 392-8551
                                              Fax no. : (330) 392-7030
                                              buzulenciatrustee@mahoningvalleylaw.com
                                              OHIO BAR REG. NO. 0015291

CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __18th__ day of __October__, 2010 to:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

                                              /s/ Michael D. Buzulencia
                                              MICHAEL D. BUZULENCIA
                                              CHAPTER 7 TRUSTEE